**Order entered June 4, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00442-CV**

**IN RE JAMES H. GENTRY, Relator**

**Original Proceeding from the 199th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 199-81623-2007, 199-81624-2007,**
**199-81625-2007, 199-81626-2007 & 199-81627-2007**

**ORDER ON REHEARING**

Before Justices Pedersen, III, Carlyle, and Garcia

Based on the Court's memorandum opinion on rehearing of this date, we

**DISMISS** this original proceeding as moot.

/s/     DENNISE GARCIA
JUSTICE